IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
10/19/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

CHRISTIAN DE JESUS LOPEZ ALVAREZ,

Petitioner,

v.

Warden, Midwest Regional Reception Center;
MARKWAYNE MULLIN, Secretary, DHS; and
DAVID VENTURELLA, Acting Director, ICE,

Respondents.

Case No. 26-3387-JWL

**ORDER**

By its Order of October 14, 2026, the Court set answer and traverse deadlines with respect to petitioner's habeas petition, and it also ordered an expedited response to petitioner's motion for immediate release. Respondents have now filed their response to the motion, and the Court is not yet persuaded to grant any relief on the motion, which the Court therefore retains under advisement. Petitioner may file a reply brief in support of the motion with his traverse or separately by the traverse deadline of November 6, 2026.

IT IS SO ORDERED.

Dated this 19th day of October, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge